## Commonwealth *v.* Lockhart, Appellant.

Submitted September 10, 1969. *Sylvester Lockhart, Jr.*, appellant, in propria persona; *James D. Crawford*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Mays, Appellant.

Submitted September 11, 1969. *John B. Stevens, Jr.*, Public Defender, for appellant; *Arthur Ed. Saylor*, First Assistant District Attorney, and *Robert L. Van Hoove*, District Attorney, for Commonwealth, appellee.

Order affirmed.